■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT RUNFOLA, Appellant. [700 NYS2d 783] —Judgment unanimously affirmed (*see, People v Lococo,* 92 NY2d 825). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Attempted Robbery, 2nd Degree.) Present—Green, J. P., Pine, Pigott, Jr., Scudder and Callahan, JJ.